# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0701

_____

MICHAEL C. MCGILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

March 1, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael C. McGill, pro se, Appellant.

Ashley Moody, Attorney General, Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.